Edwin V. Woodsome, Jr. (SBN 56305)
David H. Kistenbroker (*pro hac vice* application pending)
Carl E. Volz (*pro hac vice* application pending)
DECHERT LLP
US Bank Tower
633 West 5th Street, 37th Floor
Los Angeles, CA 90071-2103
Telephone: (213) 808-5700
Facsimile: (213) 808-5760
Email:  ed.woodsome@dechert.com
Email:  david.kistenbroker@dechert.com
Email:  carl.volz@dechert.com

*Attorneys for Defendants Exide Technologies, James, R. Bolch, Phillip A. Damaska and R. Paul Hirt, Jr.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID M. LORITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXIDE TECHNOLOGIES, JAMES R. BOLCH, PHILLIP A. DAMASKA, R. PAUL HIRT, JR., MICHAEL OSTERMANN,<br><br>　　　　　Defendants. | Case No.: 13-cv-02607-SVW-E<br>**STIPULATION** |

Plaintiff David M. Loritz ("Plaintiff"), and Defendants Exide Technologies, James R. Bolch, Phillip A. Damaska, and R. Paul Hirt, Jr., (collectively the

"Defendants"), by and through their attorneys, hereby stipulate and agree to the following:

1. WHEREAS, Plaintiff filed the complaint in the above-captioned case on April 15, 2013.

2. WHEREAS, this case is governed by the Private Securities Litigation Reform Act ("PSLRA"), which codifies procedural rules for private securities actions brought under the federal securities laws, including the requirements for notice to putative class members, the filing of motions for lead plaintiff, and appointment of lead plaintiff and lead counsel within 90 days after the date the notice is published. *See* 15 U.S.C. § 78u-4(a)(3)(A)-(B).

3. WHEREAS, Defendants have accepted, or agreed to waive, service of the complaint.

IT IS HEREBY STIPULATED AND AGREED:

1. Defendants are not required to move, answer, or otherwise respond to the complaint until the appointment of a lead plaintiff by the Court; at which date, the parties are subject to the following deadlines:

    a. The lead plaintiff's consolidated class action complaint shall be due within 60 days of their appointment;

    b. Defendants' motion to dismiss shall be due 60 days after the date the lead plaintiff's consolidated class action complaint is to be filed;

    c. the lead plaintiff's opposition to the motion to dismiss shall be

due 60 days after Defendants' motion to dismissed is to be filed;

        d.    Defendants' reply in support of the motion to dismiss shall be due 30 days after the lead plaintiff's opposition is to be filed.

Dated: June 5, 2013

| GLANCY BINKOW & GOLDBERG LLP | DECHERT LLP |
|---|---|
| By: /s/ Lionel Z. Glancy | By: /s/ Edwin V. Woodsome, Jr. |
| Lionel Zevi Glancy<br>Michael M. Goldberg<br>Robert V. Prongay<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>lglancy@glancylaw.com<br>mmgoldberg@glancylaw.com<br>rprongay@glancylaw.com<br><br>*Attorneys for Plaintiffs* | Edwin V. Woodsome, Jr.<br>US Bank Tower<br>633 West 5th Street, 37th Floor<br>Los Angeles, CA 90071-2103<br>Telephone: (213) 808-5700<br>Facsimile: (213) 808-5760<br>ed.woodsome@dechert.com<br><br>David H. Kistenbroker (*pro hac vice* application pending)<br>Carl E. Volz (*pro hac vice* application pending)<br>77 West Wacker Drive, Suite 3200<br>Chicago, Illinois 60601<br>Telephone: (312) 646-5800<br>Facsimile: (312) 646-5858<br>david.kistenbroker@dechert.com<br>carl.volz@dechert.com<br><br>*Attorneys for Defendants Exide Technologies, James, R. Bolch, Phillip A. Damaska and R. Paul Hirt, Jr.* |