Lionel Z. Glancy (SBN #134180)
Michael Goldberg (SBN #188669)
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

Marc I. Gross
Jeremy A. Lieberman
POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

[Additional Counsel on Signature Page]

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

David M. Loritz, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

EXIDE TECHNOLOGIES, JAMES R. BOLCH, PHILLIP A DAMASKA, R. PAUL HIRT, JR., MICHAEL OSTERMANN,

Defendants.

Case No. 13-cv-02607-SVW

**PROOF OF SERVICE**

DATE: July 15, 2013
TIME:  1:30 p.m.
JUDGE: Honorable Stephen V. Wilson
CTRM:  6 – 2nd Floor

*(Caption continued on following page)*

PROOF OF SERVICE

Trevor Knopf, Individually and on Behalf of All Others Similarly Situated,

                     Plaintiff,

          v.

EXIDE TECHNOLOGIES, JAMES R. BOLCH, PHILLIP A DAMASKA, R. PAUL HIRT, JR., MICHAEL OSTERMANN,

                    Defendants.

Case No.13-cv-03194-SVW-E

PROOF OF SERVICE

On June 14, 2013, I caused to be served the following documents:

**DECLARATION OF LIONEL Z. GLANCY IN SUPPORT OF DRAPER AND ALEXANDER MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF DRAPER AND ALEXANDER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

**[PROPOSED] ORDER**

**NOTICE OF MOTION AND MOTION OF DRAPER AND ALEXANDER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

on the parties and counsel for the parties in this action, addressed as stated below:

| | |
|---|---|
| **Edwin V Woodsome , Jr.**<br>Dechert LLP<br>US Bank Tower<br>633 West Fifth Street 37th Floor<br>Los Angeles, CA 90071-2103 | **Laurence M Rosen**<br>The Rosen Law Firm PA<br>355 South Grand Avenue Suite 2450<br>Los Angeles, CA 90071 |

**By U.S. Mail:** by placing true and correct copies thereof in individual sealed envelopes, with courier fees fully prepaid, which I deposited with my employer for collection and delivery by the US Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for delivery with said service; and

PROOF OF SERVICE

Dated: June 14, 2013

**GLANCY BINKOW & GOLDBERG LLP**

By: _____

Lionel Z. Glancy
Michael Goldberg
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
Marc I. Gross
Jeremy A. Lieberman
Lesley F. Portnoy
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665

**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile: 312-377-1184

*Counsel for Movants and Proposed Lead and Liason Counsel for the Class*

PROOF OF SERVICE