1  Edwin V. Woodsome, Jr. (SBN 56305)
2  David H. Kistenbroker (admitted pro hac vice)
   Carl E. Volz (admitted pro hac vice)
3  DECHERT LLP
   US Bank Tower
4  633 West 5th Street, 37th floor
5  Los Angeles, CA 90071-2103
   Telephone: 213-808-5700
6  Facsimile:  213-808-5760
7  ed.woodsome@dechert.com
   david.kistenbroker@dechert.com
8  carl.volz@dechert.com
9
   *Attorneys for Defendants James R. Bolch, Phillip A.*
10 *Damaska, R. Paul Hirt, Louis E. Martinez, John P. Reilly,*
11 *Herbert F. Aspbury, Michael R. D'Appolonia, David S.*
   *Ferguson, John O'Higgins, and Dominic J. Pileggi*
12

### UNITED STATES DISTRICT COURT
13
### CENTRAL DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| DAVID M. LORITZ, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:13-cv-02607-SVW-E Case No. 2:13-cv-03194-SVW-E Case No. 2:13-cv-03991-SVW-E |
| Plaintiff, | |
| v. | CLASS ACTION |
| EXIDE TECHNOLOGIES, et al. | **DECLARATION OF CARL E. VOLZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Defendants. | |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Carl E. Volz, declare under penalty of perjury as follows:

1.      I am an attorney duly licensed to practice law in several states, including Illinois and am admitted *pro hac vice* in this case. I am a member of the law firm Dechert LLP, counsel for Defendants.

2.      Attached hereto as Exhibit 1 is a true and correct copy of relevant excerpts of the deposition transcript of James Close.

3.      Attached hereto as Exhibit 2 is a true and correct copy of relevant excerpts of the deposition transcript of Sandra Weitsman.

4.      Attached hereto as Exhibit 3 is a true and correct copy of relevant excerpts of the deposition transcript of James Cassella.

5.      Attached hereto as Exhibit 4 is a true and correct copy of relevant excerpts of the depositions transcripts of Mitchell Abel.

6.      Attached hereto as Exhibit 5 is a true and correct copy of relevant excerpts of the depositions transcripts of Kevin Driscoll.

7.      Attached hereto as Exhibit 6 is a true and correct copy of Plaintiffs Certification of Investment of Exide Technologies [NASDAQ: XIDE] of Kevin Driscoll, dated April 14, 2015.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the Expert Report of Professor Christopher M. James, dated May 4, 2015.

9.      Attached hereto as Exhibit 8 is a true and correct copy of Plaintiffs' Response to Defendants' Initial Request for Production of Documents.

1    Dated: May 4, 2015

2    Edwin V. Woodsome, Jr. (CBN 56305)
     ed.woodsome@dechert.com

3    David H. Kistenbroker (admitted *pro hac vice*)

4    david.kistenbroker@dechert.com
     Carl E. Volz (admitted *pro hac vice*)

5    carl.volz@dechert.com
     DECHERT LLP

6    US Bank Tower

7    633 West 5th Street, 37th Floor
     Los Angeles, CA 90071-2103

8    Telephone: (213) 808-5700
     Facsimile: (213) 808-5760

9

10   *Attorneys for Defendants James R. Bolch,*

11   *Phillip A. Damaska, R. Paul Hirt, Louis E.*
     *Martinez, John P. Reilly, Herbert F. Aspbury,*

12   *Michael R. D'Appolonia, David S. Ferguson,*

13   *John O'Higgins, and Dominic J. Pileggi*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CARL E. VOLZ IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION                                   MASTER FILE NO. 2:13-CV-02607-SVW-E

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May, 2015, I caused to be submitted

via hand delivery to the Clerk of the Court, for filing under seal, the above

document.

I further certify that a true and correct copy of same was served by electronic

mail to the below listed counsel.

> William B. Federman
> A. Brooke Murphy
> Federman & Sherwood
> 10205 North Pennsylvania Avenue
> Oklahoma City, Oklahoma 73120
> wbf@federmanlaw.com
> abm@federmanlaw.com

Carl Volz

DECLARATION OF CARL E. VOLZ IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION

MASTER FILE NO. 2:13-CV-02607-SVW-E

4