Edwin V. Woodsome, Jr. (SBN 56305)
David H. Kistenbroker (admitted pro hac vice)
Carl E. Volz (admitted pro hac vice)
DECHERT LLP
US Bank Tower
633 West 5th Street, 37th floor
Los Angeles, CA 90071-2103
Telephone: 213-808-5700
Facsimile: 213-808-5760
ed.woodsome@dechert.com
david.kistenbroker@dechert.com
carl.volz@dechert.com

*Attorneys for Defendants James R. Bolch, Phillip A. Damaska, R. Paul Hirt, Louis E. Martinez, John P. Reilly, Herbert F. Aspbury, Michael R. D'Appolonia, David S. Ferguson, John O'Higgins, and Dominic J. Pileggi*

*Lodged proposed order*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. LORITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXIDE TECHNOLOGIES, et al.<br><br>Defendants. | Case No. 2:13-cv-02607-SVW-E<br>Case No. 2:13-cv-03194-SVW-E<br>Case No. 2:13-cv-03991-SVW-E<br><br>CLASS ACTION<br><br>APPLICATION TO FILE UNDER SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, DECLARATION OF CARL E. VOLZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND EXHIBITS TO DECLARATION OF CARL E. VOLZ |

## I. INTRODUCTION

Pursuant to Local Rule 79-5.1, and the October 21, 2014 Protective Order in this action (Docket No. 91), the Defendants hereby apply for an order of this Court permitting Defendants to file certain confidential documents under seal. Specifically, Defendants request the Court to order the following documents to be filed under seal (Collectively, "Confidential Documents"):

- Defendants' Opposition to Plaintiffs' Motion for Class Certification
- Declaration of Carl E. Volz in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification and Exhibits

## II. APPLICATION

The October 21, 2014 Protective Order entered by Magistrate Judge Charles F. Eick in this Action (2:13-cv-02607-SVW-E), defines the following as "Confidential":

> [A]ny material testimony, or other information that [the Producing Party] reasonably and in good faith believes consists of trade secrets or other confidential research, development, or commercial information, as such terms are used in Fed. R. Civ. P. 26(c)(1)(G).

## III. CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court grant this application.

Dated: May 4, 2015

/s/ *[signature]*
Edwin V. Woodsome, Jr. (SBN 56305)
ed.woodsome@dechert.com
David H. Kistenbroker (admitted *pro hac vice*)
david.kistenbroker@dechert.com
Carl E. Volz (admitted *pro hac vice*)
carl.volz@dechert.com
DECHERT LLP
US Bank Tower
633 West 5th Street, 37th Floor
Los Angeles, CA 90071-2103
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

*Attorneys for Defendants James R. Bolch, Phillip A. Damaska, R. Paul Hirt, Louis E. Martinez, John P. Reilly, Herbert F. Aspbury, Michael R. D'Appolonia, David S. Ferguson, John O'Higgins, and Dominic J. Pileggi*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2015, I caused to be submitted via hand delivery to the Clerk of the Court, for filing under seal, the above document.

I further certify that a true and correct copy of same was served by electronic mail to the below listed counsel.

> William B. Federman
> A. Brooke Murphy
> Federman & Sherwood
> 10205 North Pennsylvania Avenue
> Oklahoma City, Oklahoma 73120
> wbf@federmanlaw.com
> abm@federmanlaw.com

*/s/ Carl Volz*
Carl Volz