1  Edwin V. Woodsome, Jr. (SBN 56305)
   David H. Kistenbroker (admitted pro hac vice)
2  Carl E. Volz (admitted pro hac vice)
   DECHERT LLP
3  US Bank Tower
   633 West 5th Street, 37th floor
4  Los Angeles, CA 90071-2103
   Telephone: 213-808-5700
5  Facsimile:  213-808-5760
   ed.woodsome@dechert.com
6  david.kistenbroker@dechert.com
   carl.volz@dechert.com
7
   *Attorneys for Defendants James R. Bolch, Phillip A.*
8  *Damaska, R. Paul Hirt, Louis E. Martinez, John P.*
   *Reilly, Herbert F. Aspbury, Michael R.*
9  *D'Appolonia, David S. Ferguson, John O'Higgins,*
   *and Dominic J. Pileggi*



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID M. LORITZ, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br>v.<br><br>EXIDE TECHNOLOGIES, et al.<br><br>Defendants. | Case No. 2:13-cv-02607-SVW-E<br><br>Case No. 2:13-cv-03194-SVW-E<br><br>Case No. 2:13-cv-03991-SVW-E<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, DECLARATION OF CARL E. VOLZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND EXHIBITS TO DECLARATION OF CARL E. VOLZ– FILED UNDER SEAL PURSUANT TO THE OCTOBER 21, 2014 PROTECTIVE ORDER |

DECHERT LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING
APPLICATION TO FILE UNDER SEAL

WHEREAS, Defendants James R. Bolch, Phillip A. Damaska, R. Paul Hirt, Louis E. Martinez, John P. Reilly, Herbert F. Aspbury, Michael R. D'Appolonia, David S. Ferguson, John O'Higgins, and Dominic J. Pileggi request entry of Defendants' Opposition To Plaintiffs' Motion For Class Certification, Declaration of Carl E. Volz In Support Of Defendants' Opposition To Plaintiffs' Motion For Class Certification and Exhibits To Declaration of Carl E. Volz and for good cause shown,

IT IS HEREBY ORDERED that:

The Application to File Under Seal Defendants' Opposition To Plaintiffs' Motion For Class Certification, Declaration of Carl E. Volz In Support of Defendants' Opposition To Plaintiffs' Motion For Class Certification and Exhibits To Declaration of Carl E. Volz is GRANTED:

1. The Application to File Under Seal shall be filed under seal.
2. The [Proposed] Order Granting Application to File Under Seal shall be filed under seal.
3. Defendants' Opposition To Plaintiffs' Motion For Class Certification shall be filed under seal.
4. Declaration of Carl E. Volz In Support Of Defendants' Opposition To Plaintiffs' Motion For Class Certification and Exhibits shall be filed under seal.

In case 2:13-cv-02607-SVW-E, the documents referred to in paragraphs 1-4, above, were manually filed by Defendants on Monday, May 4, 2015.

Dated: 05/05/2015

THE HONORABLE
STEPHEN V. WILSON
United States District Judge