GREEN & NOBLIN, P.C.
Robert S. Green
700 Larkspur Landing Circle, Suite 275
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
rsg@classcounsel.com
*Liaison Counsel for Plaintiffs*

William B. Federman (admitted *pro hac vice*)
A. Brooke Murphy (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: 405-235-1560
Facsimile: 405-239-2112
wbf@federmanlaw.com
*Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. LORITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXIDE TECHNOLOGIES, et al.,<br><br>Defendants. | Case No. 2:13-cv-02607-SVW-E<br><br>CLASS ACTION<br><br>**DECLARATION OF A. BROOKE MURPHY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Discovery Cut-Off Date: (none set)<br><br>Pretrial Conference Date: January 4, 2016<br><br>Trial Date: January 19, 2016 |

I, A. Brooke Murphy, declare under penalty of perjury as follows:

1. I am an attorney duly licensed to practice law in the State of Oklahoma and am admitted *pro hac vice* in this case. I am a member of the law firm Federman & Sherwood, counsel for Lead Plaintiffs.

2. Attached hereto as Exhibit 1 is a true and correct copy of volume 8 of Defendants' privilege log, which was served on Plaintiffs on September 18, 2015; volume 8 of Defendants' privilege log was served after Plaintiffs had served their portion of the Joint Stipulation on Plaintiffs' Motion to Compel the Production of Documents on Defendants.

3. Attached hereto as Exhibits 2, 3, 4, 5, 6, 7, 8, and 9 are true and correct copies of samples of documents included in Defendants' production that have been redacted in whole or in part. Based on a search for the terms "redacted for privilege," Plaintiffs have identified hundreds of redacted documents whose combined length total 112,295 pages.[1] Accordingly, the documents being submitted truly are a small sample of the documents that have been redacted without explanation.

4. On September 18, 2015, October 1, 2015, and October 2, 2015, I questioned Carl Volz about the redacted documents that appear in Defendants' production. Specifically, I inquired whether the documents that are redacted (either in whole or in part) in Defendants' production are being withheld <u>in addition</u> to the documents already listed on their privilege logs. On October 2, 2015, Mr. Volz informed me that the redacted documents included in Defendants' production were additional documents that are not represented in Defendants' privilege logs. At that time, Mr. Volz informed me that Defendants are working to prepare a privilege log for

---

[1] This 112,295 page figure appears to be an incomplete representation, as some documents are simply marked "redacted."

2

these documents and expected to have such a log finished within approximately one week.

Dated: October 2, 2015            /s/A. Brooke Murphy
                                  William B. Federman (admitted *Pro Hac Vice*)
                                  A. Brooke Murphy (admitted *Pro Hac Vice*)
                                  FEDERMAN & SHERWOOD
                                  10205 North Pennsylvania Avenue
                                  Oklahoma City, Oklahoma 73120
                                  Telephone: (405) 235-1560
                                  Facsimile:  (405) 239-2112
                                  wbf@federmanlaw.com

                                  *Lead Counsel for Plaintiffs*

                                  Robert S. Green
                                  GREEN & NOBLIN, P.C.
                                  700 Larkspur Landing Circle, Suite 275
                                  Larkspur, California 94939
                                  Tel: (415) 477-6700
                                  Fax: (415) 477-6710
                                  -and-
                                  4500 East Pacific Coast Highway, Fourth Floor
                                  Long Beach, CA 90804
                                  Tel: (562) 391-2487
                                  rsg@classcounsel.com

                                  *Liaison Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Friday, October 02, 2015.

/s/A. Brooke Murphy
A. Brooke Murphy