**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES - GENERAL**</u>

Case No. CV 13-2607-SVW(Ex)                    Date: October 16, 2015

Title: DAVID M. LORITZ v. EXIDE TECHNOLOGIES, et al.
===================================================================
DOCKET ENTRY

===================================================================
PRESENT:
       <u>**HON. CHARLES F. EICK, MAGISTRATE JUDGE**</u>

| **Stacey Pierson** | **Courtsmart** |
|---|---|
| **Deputy Clerk** | Court Reporter |

ATTORNEYS PRESENT FOR PLTFS:       ATTORNEYS PRESENT FOR DEFTS:

  William Federman                   Carl Volz
  A. Brooke Murphy                   Melanie Mackay

PROCEEDINGS: PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS

        Case called. Counsel make their appearances.  The
     Court hears argument.

        Matter is taken under submission.

                                    initials of Deputy Clerk <u>sp</u>