**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

**Case No.** CV 13-2607-SVW(Ex)                                        **Date:**  October 19, 2015

**Title:**  DAVID M. LORITZ, ETC. v. EXIDE TECHNOLOGIES, ET AL.

**DOCKET ENTRY**

**PRESENT:**

        **HON.   CHARLES F. EICK, JUDGE**

    STACEY PIERSON                                        N/A
    **DEPUTY CLERK**                                 **COURT REPORTER**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

    None                                                    None

**PROCEEDINGS:**     **(IN CHAMBERS)**

       The Court has read and considered all papers filed in support of and in opposition to Plaintiff's "Motion to Compel the Production of Documents" ("the Motion"), filed September 22, 2015.  The Court heard oral argument on October 16, 2015.  The Motion is denied.  Any party seeking review of this Order shall cause the preparation and filing of a transcript of the October 16, 2015 hearing.

    cc:    Judge Wilson
          All Counsel of Record

**MINUTES FORM 11**                                                    **Initials of Deputy Clerk**    SP
**CIVIL-GEN**