Name and address:
Mayer B. Grashin
Dechert LLP
35 W. Wacker Drive, Suite 3400
Chicago, IL 60601

FILED
CLERK, U.S. DISTRICT COURT

Oct 22, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ PMC _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

David M. Loritz, individually and on behalf of all others similarly situated

Plaintiff(s)

v.

Exide Technologies, et al.

Defendant(s).

CASE NUMBER

2:13-cv-02607-SVW-E

(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Grashin, Mayer, B.

*Applicant's Name (Last Name, First Name & Middle Initial)*

312-646-5800          312-646-5858

*Telephone Number*      *Fax Number*

mayer.grashin@dechert.com

*E-Mail Address*

of  Dechert LLP
35 W. Wacker Drive, Suite 3400
Chicago, IL 60601

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Exide Technologies, James R. Bolch, Phillip A. Damaska, R. Paul Hirt, Louis E. Martinez, John P. Reilly, Herbert F. Asbury

Michael R. D'Appolonia, David S. Ferguson, John O'Higgins, Dominic J. Pileggi

*Name(s) of Party(ies) Represented*        ☐ Plaintiff   ☒ Defendant   ☐ Other: _____

### and designating as Local Counsel

Woodsome, Edwin V. Jr.

*Designee's Name (Last Name, First Name & Middle Initial)*

56305

*Designee's Cal. Bar Number*

213-808-5700

*Telephone Number*

213-808-5760

*Fax Number*

of  Dechert LLP
US Bank Tower
633 W. 5th Street, 37th floor
Los Angeles, CA 90071-2103

*Firm Name & Address*

ed.woodsome@dechert.com

*E-Mail Address*

hereby ORDERS the Application be:

☒ GRANTED.

☐ DENIED.  Fee shall be returned by the Clerk.

☐ DENIED, for failure to pay the required fee.

Dated   October 22, 2015

U.S. District Judge/XXXXXXXXXXXXXXXX