Edwin V. Woodsome, Jr. (CBN 56305)
ed.woodsome@dechert.com
David H. Kistenbroker (admitted *pro hac vice*)
david.kistenbroker@dechert.com
Carl E. Volz (admitted *pro hac vice*)
carl.volz@dechert.com
DECHERT LLP
US Bank Tower
633 West 5th Street, 37th Floor
Los Angeles, CA 90071-2103
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

*Attorneys for Defendants James R. Bolch,*
*Phillip A. Damaska, R. Paul Hirt, Louis E. Martinez,*
*John P. Reilly, Herbert F. Aspbury,*
*Michael R. D'Appolonia, David S. Ferguson,*
*John O'Higgins, and Dominic J. Pileggi*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DAVID M. LORITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXIDE TECHNOLOGIES, et al.,<br><br>Defendants. | Master File Case No. 2:13-cv-02607-SVW-E<br><br>Consolidated Case Nos. 2:13-cv-03194-SVW-E and 2:13-cv-03991-SVW-E<br><br>CLASS ACTION<br><br>**DECLARATION OF CARL E. VOLZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SECOND MOTION FOR CLASS CERTIFICATION** |

I, Carl E. Volz, declare under penalty of perjury as follows:

1.      I am an attorney duly licensed to practice law in the State of Illinois; I am admitted *pro hac vice* to the Bar of this Court. I am a member of the law firm Dechert LLP, counsel for Defendants.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Dr. Paul Gompers.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the deposition transcript of Dr. Michael Hartzmark.

4.      Attached hereto as Exhibit 3 is a true and correct copy of relevant excerpts of the Expert Report of Dr. Michael Hartzmark from *In re DVI, Inc. Securities Litigation.*

5.      Attached hereto as Exhibit 4 is a true and correct copy of relevant excerpts of the Expert Report of Dr. Michael Hartzmark from *In re MF Global Holdings, Ltd., Securities Litigation.*

6.      Attached hereto as Exhibit 5 is a true and correct copy of relevant excerpts of the Expert Report of Dr. Michael Hartzmark from *Wallace v. IntraLinks Holdings, Inc.*

7.      Attached hereto as Exhibit 6 is a true and correct copy of relevant excerpts of the Expert Report of Dr. Michael Hartzmark from *In re ITT Educ. Servs., Inc. Securities Litigation.*

1

Dated: October 30, 2015

/s/ Carl E. Volz

Edwin V. Woodsome, Jr. (SBN 56305)
ed.woodsome@dechert.com
David H. Kistenbroker (admitted *pro hac vice*)
david.kistenbroker@dechert.com
Carl E. Volz (admitted *pro hac vice*)
carl.volz@dechert.com
DECHERT LLP
US Bank Tower
633 West 5th Street, 37th Floor
Los Angeles, CA 90071-2103
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

*Attorneys for Defendants James R. Bolch, Phillip A. Damaska, R. Paul Hirt, Louis E. Martinez, John P. Reilly, Herbert F. Aspbury, Michael R. D'Appolonia, David S. Ferguson, John O'Higgins, and Dominic J. Pileggi*

2