Name and address:
James Robert Noblin (State Bar No. 114442)
GREEN & NOBLIN, P.C.
4500 East Pacific Coast Highway, Fourth Floor
Long Beach, CA 90804
Telephone: (562) 391-2487
Email: gnecf@classcounsel.com

FILED
CLERK, U.S. DISTRICT COURT

Nov 3, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DAVID M. LORITZ, Individually and on Behalf of All Others Similarly Situated,

Plaintiff(s)

v.

EXIDE TECHNOLOGIES, et al.,

Defendant(s).

CASE NUMBER

2:13-cv-02607-SVW-E

(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Emmons, Stuart W.
*Applicant's Name (Last Name, First Name & Middle Initial)*

405-235-1560          405-239-2112
*Telephone Number*      *Fax Number*

swe@federmanlaw.com
*E-Mail Address*

of  FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

James Cassella, Sandra Weitsman, James Close, and Kevin Grace

*Name(s) of Party(ies) Represented*      ☒ Plaintiff    ☐ Defendant    ☐ Other: _____

**and designating as Local Counsel**

Noblin, James Robert
*Designee's Name (Last Name, First Name & Middle Initial)*

114442                562-391-2487
*Designee's Cal. Bar Number*    *Telephone Number*

415-477-6710
*Fax Number*

of  GREEN & NOBLIN, P.C.
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, CA 90804

*Firm Name & Address*

gnecf@classcounsel.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☒ GRANTED.

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED, for failure to pay the required fee.

Dated        November 3, 2015

U.S. District Judge/U.S. Magistrate Judge