William B. Federman (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  405-235-1560
Facsimile:  405-239-2112
wbf@federmanlaw.com

*Lead Counsel for Plaintiffs*

GREEN & NOBLIN, P.C.
Robert S. Green
700 Larkspur Landing Circle, Suite 275
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
rsg@classcounsel.com

*Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. LORITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXIDE TECHNOLOGIES, et al.,<br><br>Defendants. | Case No.  2:13-cv-02607-SVW-E<br>2:13-cv-03194-SVW-E<br>2:13-cv-03991-SVW-E<br><br>CLASS ACTION<br><br>**PLAINTIFFS' UNOPPOSED *EX PARTE* APPLICATION TO EXTEND THE PAGE LIMITATION FOR PLAINTIFFS' REPLY IN SUPPORT OF THEIR SECOND MOTION FOR CLASS CERTIFICATION**<br><br>Judge:  Stephen V. Wilson |

1

Plaintiffs' Unopposed *Ex Parte* Application To
Extend The Page Limitation For Plaintiffs' Reply
in Support Of Their Second Motion For Class Certification          MASTER FILE NO. 2:13-cv-02607-SWE-E

Lead Plaintiffs James Cassella and Sandra Weitsman and Plaintiffs James Close, Kevin Grace, Mitch Abel, and Steamfitters' Industry Security Benefit Fund ("Plaintiffs") will hereby seek *ex parte* relief to extend the page limitation on Plaintiffs' upcoming Reply in Support of their Motion for Class Certification.

The contact information of Counsel for Defendants is as follows:

DECHERT LLP
US Bank Tower
633 West 5th Street, 37th Floor
Los Angeles, CA 90071-2103
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

-and-

35 West Wacker Drive, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 646-5800
Facsimile: (312) 646-5858

Counsel for Plaintiffs has contacted Counsel for Defendants regarding this application.  Counsel for Defendants has stated that they will not oppose Plaintiffs' application to extend the page limitation on Plaintiffs' Reply in Support of their Second Motion for Class Certification.  Counsel for Plaintiffs has also notified Counsel for Defendants that opposing papers must be filed no later than 3:00 p.m. on the first business day succeeding the day this application is served, though Counsel for Defendants has advised us that no such opposition will be filed.  Counsel for Defendants will receive notice of this application through the Court's CM/ECF system.

2

Plaintiffs' Unopposed *Ex Parte* Application To
Extend The Page Limitation For Plaintiffs' Reply
in Support Of Their Second Motion For Class Certification          MASTER FILE NO. 2:13-cv-02607-SWE-E

This application is based upon Plaintiffs' Memorandum in Support of Unopposed *Ex Parte* Application to Extend the Page Limitation on Plaintiffs' Reply in Support of their Second Motion for Class Certification and the complete files and records in this action.

Dated: November 5, 2015          Respectfully submitted,

/s/ William B. Federman
William B. Federman
(Admitted *Pro Hac Vice*)
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235.1560
Facsimile:  (405) 239-2112
wbf@federmanlaw.com

*Lead Counsel for the Class*

Robert S. Green
GREEN & NOBLIN, P.C.
700 Larkspur Landing Circle, Suite 275
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, CA 90804
Tel: (562) 391-2487
rsg@classcounsel.com

*Liaison Counsel for the Class*

Plaintiffs' Unopposed *Ex Parte* Application To
Extend The Page Limitation For Plaintiffs' Reply
in Support Of Their Second Motion For Class Certification          MASTER FILE NO. 2:13-cv-02607-SWE-E

3

# CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Thursday, November 05, 2015.

/s/ William B. Federman

William B. Federman

Plaintiffs' Unopposed *Ex Parte* Application To
Extend The Page Limitation For Plaintiffs' Reply
in Support Of Their Second Motion For Class Certification        MASTER FILE NO. 2:13-cv-02607-SWE-E