William B. Federman (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  405-235-1560
Facsimile:  405-239-2112
wbf@federmanlaw.com

*Lead Counsel for Plaintiffs*

GREEN & NOBLIN, P.C.
Robert S. Green
700 Larkspur Landing Circle, Suite 275
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
rsg@classcounsel.com

*Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. LORITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXIDE TECHNOLOGIES, et al.,<br><br>Defendants. | Case No.  2:13-cv-02607-SVW-E<br>2:13-cv-03194-SVW-E<br>2:13-cv-03991-SVW-E<br><br>CLASS ACTION<br><br>**PLAINTIFFS' MEMORANDUM IN SUPPORT OF UNOPPOSED *EX PARTE* APPLICATION TO EXTEND THE PAGE LIMITATION FOR PLAINTIFFS' REPLY IN SUPPORT OF THEIR SECOND MOTION FOR CLASS CERTIFICATION** |

1

Plaintiffs' Memorandum in Support Unopposed *Ex Parte*
Application To Extend The Page Limitation For Plaintiffs' Reply
in Support Of Their Second Motion For Class Certification          MASTER FILE NO. 2:13-cv-02607-SWE-E

Plaintiffs' submit this Memorandum in Support of the unopposed *ex parte* application of Lead Plaintiffs James Cassella and Sandra Weitsman and Plaintiffs James Close, Kevin Grace, Mitch Abel, and Steamfitters' Industry Security Benefit Fund (collectively "Plaintiffs") for an extension on the page limitation on Plaintiffs' Reply in Support of their Second Motion for Class Certification.  In support of their application, Plaintiffs state as follows:

Pursuant to this Court's Standing Order (Doc. No. 5), reply briefs are to be no more than twelve (12) pages in length unless otherwise ordered by the Court.  *Id.* at 5. Here, however, good cause exists to extend the page limitation for Plaintiffs' Reply in Support of their Second Motion for Class Certification.  The Reply will need to address the challenges raised by Defendants and Defendants' expert.  Indeed, Defendants' Opposition to Plaintiffs' Second Motion for Class Certification (Doc. No. 162) contains extensive arguments, including: (1) arguments that Plaintiffs cannot invoke the fraud-on-the-market presumption of reliance based on the 94-page report of Defendants' expert, which challenges the methodologies utilized by, and conclusions of, Plaintiffs' expert; and (2) arguments that a class may not be certified because there is no common method to calculate damages, which is also based on the report of Defendants' expert.

In light of the scope of the challenges raised by Defendants in their Opposition to Plaintiffs' Second Motion for Class Certification (Doc. No. 162), Plaintiffs request

2

that they be allowed seventeen (17) pages for their reply brief.  The requested page extension is modest and will allow Plaintiffs an opportunity to address the arguments raised by Defendants, to present their own citations to relevant portions of deposition transcripts, and to address the arguments raised by Defendants' expert in his 94-page report.  Given the importance of class certification to this action, it is imperative that Plaintiffs be given sufficient space to address the many arguments presented by Defendants.

Counsel for Plaintiffs has contacted Counsel for Defendants regarding this application, and Counsel for Defendants has stated that they will not oppose Plaintiffs' application to extend the page limitation on Plaintiffs' Reply in Support of their Motion for Class Certification.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' unopposed *ex parte* application to extend the page limitation for Plaintiffs' Reply in Support of their Second Motion for Class Certification by five (5) pages.

Dated: November 5, 2015                          Respectfully submitted,

/s/William B. Federman
William B. Federman
(Admitted *Pro Hac Vice*)
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235.1560
Facsimile:  (405) 239-2112
wbf@federmanlaw.com

*Lead Counsel for the Class*

3

Robert S. Green
GREEN & NOBLIN, P.C.
700 Larkspur Landing Circle, Suite 275
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, CA 90804
Tel: (562) 391-2487
rsg@classcounsel.com

*Liaison Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that this Notice was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Thursday, November 05, 2015.

/s/ William B. Federman
William B. Federman

Plaintiffs' Memorandum in Support Unopposed *Ex Parte*
Application To Extend The Page Limitation For Plaintiffs' Reply
in Support Of Their Second Motion For Class Certification       MASTER FILE NO. 2:13-cv-02607-SWE-E

4