Name and address:
Galia H. Porat
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

FILED
CLERK, U.S. DISTRICT COURT

Nov 5, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

David M. Loritz, individually and on behalf of all others similarly situated

Plaintiff(s)

v.

Exide Technologies, et al.

Defendant(s).

CASE NUMBER

2:13-cv-02607-SVW-E

(PROPOSED) ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Porat, Galia H.
_____
Applicant's Name (Last Name, First Name & Middle Initial)

215-994-4000                    215-994-2222
_____        _____
Telephone Number          Fax Number

galia.porat@dechert.com
_____
E-Mail Address

of

Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Firm Name & Address

for permission to appear and participate in this case on behalf of

Exide Technologies, James R. Bolch, Phillip A. Damaska, R. Paul Hirt, Louis E. Martinez, John P. Reilly, Herbert F. Asbury

Michael R. D'Appolonia, David S. Ferguson, John O'Higgins, Dominic J. Pileggi

Name(s) of Party(ies) Represented

☐ Plaintiff    ☒ Defendant    ☐ Other: _____

**and designating as Local Counsel**

Woodsome, Edwin V. Jr.
_____
Designee's Name (Last Name, First Name & Middle Initial)

56305
_____
Designee's Cal. Bar Number

213-808-5700
_____
Telephone Number

213-808-5760
_____
Fax Number

of

Dechert LLP
US Bank Tower
633 West 5th Street - 37th Floor
Los Angeles, CA 90071-2013

Firm Name & Address

ed.woodsome@dechert.com
_____
E-Mail Address

**hereby ORDERS the Application be:**

☒ **GRANTED.**

☐ **DENIED.  Fee shall be returned by the Clerk.**

☐ **DENIED, for failure to pay the required fee.**

Dated November 5, 2015
_____

STEPHEN V. WILSON
**U.S. District Judge/~~U.S. Magistrate Judge~~**

G–64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*        Page 1 of 1