William B. Federman (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  405-235-1560
Facsimile:  405-239-2112
wbf@federmanlaw.com

*Lead Counsel for Plaintiffs*

GREEN & NOBLIN, P.C.
Robert S. Green
700 Larkspur Landing Circle, Suite 275
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
rsg@classcounsel.com

*Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. LORITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXIDE TECHNOLOGIES, et al.,<br><br>Defendants. | Case No.  2:13-cv-02607-SVW-E<br>2:13-cv-03194-SVW-E<br>2:13-cv-03991-SVW-E<br><br>CLASS ACTION<br><br>**DECLARATION OF WILLIAM B. FEDERMAN IN SUPPORT OF PLAINTIFFS UNOPPOSED EX PARTE APPLICATION TO EXTEND THE PAGE LIMITATION FOR PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**<br><br>Judge:  Stephen V. Wilson |

1

Plaintiffs' Unopposed *Ex Parte* Application To
Extend The Page Limitation For Plaintiffs' Reply
in Support Of Their Second Motion For Class Certification          MASTER FILE NO. 2:13-cv-02607-SWE-E

I, William B. Federman, declare as follows:

1.    I am the managing partner with the law firm of Federman & Sherwood. I am a member of the Bars of the States of Oklahoma, New York, and Texas. I am admitted pro hac vice in the above-captioned action.

2.    Federman & Sherwood is the Lead Counsel for Plaintiffs in the above-captioned action.

3.    This Application is made only after providing notice to counsel for Defendants, as required by Local Rule 7-19.1, via e-mail on November 2, 2015.

4.    Counsel for Defendants advised via e-mail on November 4, 2015 that they do not oppose Plaintiffs' application.

5.    On October 5, 2015, Plaintiffs' filed a Second Motion for Class Certification. Doc. No. 148.

6.    Pursuant to this Court's Standing Order (Doc. No. 5), reply briefs are to be no more than twelve (12) pages in length unless otherwise ordered by the Court. *Id*. at 5. Here, however, good cause exists to extend the page limitation for Plaintiffs' Reply in Support of their Second Motion for Class Certification. The Reply will need to address the challenges raised by Defendants and Defendants' expert. Indeed, Defendants' Opposition to Plaintiffs' Second Motion for Class Certification (Doc. No. 162) contains extensive arguments,

2

including: (1) arguments that Plaintiffs cannot invoke the fraud-on-the-market presumption of reliance based on the 94 page report of Defendants' expert, which challenges the methodologies utilized by, and conclusions of, Plaintiffs' expert; and (2) arguments that a class may not be certified because there is no common method to calculate damages, which is also based on the report of the Defendants' expert.

7.    In light of the scope of the challenges raised by Defendants in their Opposition to Plaintiffs' Second Motion for Class Certification (Doc. No. 162), Plaintiffs believe that a short extension of the page limitation for their reply is necessary to adequately address Defendants and their expert's arguments and, therefore, request that Plaintiffs be allowed seventeen (17) pages for their reply brief.

8.    The requested page extension is modest and will allow Plaintiffs an opportunity to address the arguments raised by Defendants, to present their own citations to relevant portions of deposition transcripts, and to address the arguments raised by Defendants' expert in his 94 page-report. Given the importance of class certification to this action, it is imperative that Plaintiffs be given sufficient space to address the many arguments presented by Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of November, 2015, at Oklahoma City, Oklahoma.

3

Plaintiffs' Unopposed *Ex Parte* Application To
Extend The Page Limitation For Plaintiffs' Reply
in Support Of Their Second Motion For Class Certification          MASTER FILE NO. 2:13-cv-02607-SWE-E

Dated: November 5, 2015

Respectfully submitted,

/s/ William B. Federman
William B. Federman
(Admitted *Pro Hac Vice*)
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235.1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com

*Lead Counsel for the Class*

Robert S. Green

GREEN & NOBLIN, P.C.
700 Larkspur Landing Circle, Suite 275
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway

Fourth Floor

Long Beach, CA 90804

Tel: (562) 391-2487

rsg@classcounsel.com

*Liaison Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Thursday, November 05, 2015.

/s/ William B. Federman
William B. Federman

4