GREEN & NOBLIN, P.C.
James R. Noblin
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
jrn@classcounsel.com
*Liaison Counsel for Plaintiffs*

William B. Federman (admitted *pro hac vice*)
A. Brooke Murphy (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  405-235-1560
Facsimile:  405-239-2112
wbf@federmanlaw.com
*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. LORITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXIDE TECHNOLOGIES, et al.,<br><br>Defendants. | Master File No.  2:13-cv-02607-SVW-E<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFF'S NOTICE AND SUBMISSION OF PROPOSED ORDER ON MOTION FOR REVIEW AND RECONSIDERATION OF MAGISTRATE JUDGE'S ORDER OF OCTOBER 19, 2015**<br><br>Judge:  Hon. Stephen V. Wilson<br>Date/Time:  Dec. 7, 2015/1:30 pm<br>Place:  Courtroom 6<br><br>Discovery Cut-Off Date: (none set)<br>Pretrial Conference Date: Jan. 4, 2016<br>Trial Date: Jan. 19, 2016 |

**PLAINTIFFS NOTICE OF AND SUBMISSION OF PROPOSED ORDER ON MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE'S ORDER**   MASTER FILE NO. 2:13-cv-02607-SVW-E

PLEASE TAKE NOTICE THAT Plaintiffs'[1] hereby service notice of, and submit, the proposed Order (attached) on Plaintiffs' Motion for Review and Reconsideration of Magistrate Judge's Order of October 19, 2015.

Dated: November 5, 2015

/s/ William B. Federman
William B. Federman (admitted *Pro Hac Vice*)
A. Brooke Murphy (admitted *Pro Hac Vice*)
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile:  (405) 239-2112
-and-
2916 Maple Ave., Ste. 200
Dallas, TX 75201
Telephone:  (214) 696-1100
wbf@federmanlaw.com
abm@federmanlaw.com

*Lead Counsel for Plaintiffs*

-and-

James R. Noblin
GREEN & NOBLIN, P.C.
4500 E. Pacific Coast Hwy., 4th Floor
Long Beach, CA 90804
Telephone: (562) 391-2487
-and-
700 Larkspur Landing Cir., Ste. 275
Larkspur, CA 94939
Telephone: (415) 477-6700
jrn@classcounsel.com

*Liaison Counsel for Plaintiffs*

---

[1] "Plaintiffs" refers to Plaintiffs James Cassella ("Cassella"), Sandra Weitsman ("Weitsman"), James Close ("Close"), Kevin Grace ("Grace"), Steamfitters' Industry Benefit Fund ("Steamfitters' Fund") and Mitchell Abel ("Abel").

1

## CERTIFICATE OF SERVICE

I hereby certify that this Notice was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Thursday, November 05, 2015.

/s/ William B. Federman
William B. Federman

**PLAINTIFFS' NOTICE AND SUBMISSION OF PROPOSED ORDER ON MOTION FOR REVIEW RECONSIDERATION OF MAGISTRATE JUDGE'S ORDER**                    MASTER FILE NO. 2:13-cv-02607-SVW-E