GREEN & NOBLIN, P.C.
Robert S. Green
700 Larkspur Landing Circle, Suite 275
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
rsg@classcounsel.com
*Liaison Counsel for Plaintiffs*

William B. Federman (admitted *pro hac vice*)
A. Brooke Murphy (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  405-235-1560
Facsimile:  405-239-2112
wbf@federmanlaw.com
*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. LORITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXIDE TECHNOLOGIES, et al.,<br><br>Defendants. | Case No.  2:13-cv-02607-SVW-E<br>2:13-cv-03194-SVW-E<br>2:13-cv-03991-SVW-E<br><br>CLASS ACTION<br><br>**DECLARATION OF WILLIAM B FEDERMAN IN FURTHER SUPPORT OF PLAINTIFFS' SECOND MOTION FOR CLASS CERTIFICATION** |

I, William B. Federman, declare under penalty of perjury as follows:

1.     I am an attorney duly licensed to practice law in several states, including Oklahoma, and am admitted *pro hac vice* in this case.  I am a member of the law firm Federman & Sherwood, counsel for Lead Plaintiffs.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Michael L. Hartzmark In Response to the Expert Report of Paul A. Gompers, Ph.D, dated November 9, 2015.

3.     Attached hereto as Exhibit 2 is a true and correct copy of the deposition transcript of Dr. Paul Gompers.

Dated: November 9, 2015                    /s/William B. Federman
                                           William B. Federman (admitted *Pro Hac Vice*)
                                           A. Brooke Murphy (admitted *Pro Hac Vice*)
                                           FEDERMAN & SHERWOOD
                                           10205 North Pennsylvania Avenue
                                           Oklahoma City, Oklahoma 73120
                                           Telephone: (405) 235-1560
                                           Facsimile:  (405) 239-2112
                                           wbf@federmanlaw.com

                                           *Lead Counsel for Plaintiffs*

                                           Robert S. Green
                                           GREEN & NOBLIN, P.C.
                                           700 Larkspur Landing Circle, Suite 275
                                           Larkspur, California 94939
                                           Tel: (415) 477-6700
                                           Fax: (415) 477-6710
                                           -and-
                                           4500 East Pacific Coast Highway, Fourth Floor
                                           Long Beach, CA 90804
                                           Tel: (562) 391-2487
                                           rsg@classcounsel.com

                                           *Liaison Counsel for Plaintiffs*

2

DECLARATION OF WILLIAM B. FEDERMAN IN FURTHER SUPPORT OF
PLAINTIFFS' SECOND MOTION FOR CLASS CERTIFICATION                    MASTER FILE NO. 2:13-cv-02607-SVW-E

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Monday, November 9, 2015.

/s/William B. Federman
William B. Federman

DECLARATION OF WILLIAM B. FEDERMAN IN FURTHER SUPPORT OF
PLAINTIFFS' SECOND MOTION FOR CLASS CERTIFICATION          MASTER FILE NO. 2:13-cv-02607-SVW-E